IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:16mj 28 |
| | ) | |
| v. | ) | |
| | ) | |
| GREGORY A. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, GREGORY A. WILLIAMS, was present on Fort Lee, Virginia in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States.

3. Merchandise sold at the Post Exchange is property of an agency of the United States.

## COUNT ONE

### (Misdemeanor – Citation No. 4854529)

On or about December 21, 2015, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant, GREGORY A. WILLIAMS, did

1

US. v. GREGORY A. WILLIAMS

knowingly, willfully and unlawfully steal things of value of the United States of America and/or a department and/or agency thereof, said property having a value of less than $1,000, to wit: a bottle of cologne with an estimated value of $18.40.

(In violation of Title 18, United States Code, Section 641.)

        DANA J. BOENTE
        UNITED STATES ATTORNEY

By: _____/s/_____
        Stephen C. Dimpsey
        Special Assistant United States Attorney
        United States Attorney's Office
        919 East Main Street, Suite 1900
        Richmond, VA 23219
        Phone: (804) 765-1477
        Fax: (804) 765-1950
        stephen.c.dimpsey.mil@mail.mil